# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2020

Bridget M. McCormack,
Chief Justice

160928 & (21)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

　　　　　　　　　　　　　　　　　　SC: 160928
　　　　　　　　　　　　　　　　　　COA: 350091
　　　　　　　　　　　　　　　　　　Chippewa CC: 18-003603-FH
TERRY WAYNE WILLIAMS,
　　　　Defendant-Appellant.
_____/

　　　　On order of the Court, the application for leave to appeal the December 11, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2020



Clerk

t0324